**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

DANIEL LOW,

               Plaintiff,

      v.

WITHERS WINERY HOLDINGS, LLC, and
ANDREW TOW,

               Defendants.

Civil Case No. 1:25-cv-155

**DEFENDANTS' UNOPPOSED MOTION TO EXTEND TIME
TO REPLY IN FURTHER SUPPORT OF
DEFENDANTS' PARTIAL MOTION TO DISMISS**

Defendants Withers Winery Holdings, LLC, and Andrew Tow ("Defendants") move unopposed to extend time to file their reply in further support of Defendants' Partial Motion to Dismiss the Second Amended Complaint.  The requested extension would move the current filing deadline from May 14, 2026 to May 21, 2026.  Defendants request this extension to accommodate counsel's scheduling conflicts, and Plaintiff Daniel Low ("Plaintiff") consents to this request.  In support, Defendants state:

On April 2, 2026, Defendants filed their Partial Motion to Dismiss the Second Amended Complaint. (ECF 30).  On April 30, 2026, Plaintiff filed his Opposition to Defendant's Partial Motion to Dismiss.  (ECF 31).  Defendants' current deadline to reply in further support of their Partial Motion to Dismiss is May 14, 2026.  To date, Defendants have received two extensions: one to respond to the First Amended Complaint, (ECF No. 7), and one for Defendant Andrew Tow's reply in further support of his Motion to Dismiss the First Amended Complaint. (ECF 13). Extending Defendants' deadline to reply will not affect any other deadlines in this case. The undersigned conferred with Plaintiff on May 5, 2026, via email, and Plaintiff consented to a seven

(7) day extension.  The new deadline to respond will be May 21, 2026.  A proposed Order extending Defendants' time to reply in further support of Defendants' Partial Motion to Dismiss the Second Amended Complaint accompanies this Motion.


Respectfully submitted,

Dated: May 7, 2026                        **DUANE MORRIS LLP**

                                 _____/s/ Arletta K. Singh_____
                                 Brian H. Pandya (D.C. Bar No. 501661)
                                 Arletta K. Singh (D.C. Bar No. 90021552)
                                 901 New York Avenue N.W.
                                 Suite 700 East
                                 Washington, DC 20001-4795
                                 (202) 776-7807
                                 bhpandya@duanemorris.com
                                 aksingh@duanemorris.com

                                 *Counsel for Withers Winery Holdings LLC and*
                                 *Andrew Tow*