**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

DANIEL LOW,

               Plaintiff,

       v.

WITHERS WINERY HOLDINGS, LLC, and
ANDREW TOW,

               Defendants.

Civil Case No. 1:25-cv-155

**[PROPOSED] ORDER**

Before this Court is Defendants' Motion for an extension of time to reply in further support of Defendants' Partial Motion to Dismiss the Second Amended Complaint. The Motion is **GRANTED**. Defendant shall file its responsive pleading not later than May 21, 2026.

**SO ORDERED**

                                   Paul L. Friedman
                                   Senior U.S.D.J.